62 So.2d 923

James L. JACKSON et al. v. J. E. TUCKER.

I Div. 488.

Supreme Court of Alabama.

Nov. 11, 1952.

PER CURIAM.

Appeal dismissed.

62 So.2d 923

Mary P. LONG, Ex'r et al. v. Frank LONG et al.

3 Div. 636.

Supreme Court of Alabama.

Dec. 16, 1952.

PER CURIAM.

Appeal dismissed per agreement.

62 So.2d 923

Mamie LOPER v. Emory D. LOPER, Ex'r et al.

I Div. 515.

Supreme Court of Alabama.

Nov. 12, 1952.

Scott & Poter, Chatom, for appellant.
Wallace P. Pruitt, Chatom, for appellees.

PER CURIAM.
Appeal dismissed.

62 So.2d 923

Elaine M. MONTGOMERY v. Mamie HARDY, Gdn.

6 Div. 465.

Supreme Court of Alabama.

Nov. 25, 1952.

PER CURIAM.
Appeal dismissed.

62 So.2d 923

M. B. MYERS v. CITY OF MONTGOMERY.

3 Div. 646.

Supreme Court of Alabama.

Dec. 18, 1952.

PER CURIAM.
Appeal dismissed by appellant.